In the Matter of SUSAN CRAIN, Appellant, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT NO. 1, TOWN OF CLARKSTOWN, et al., Respondents.— In a proceeding pursuant to article 78 of CPLR to review respondents' (1) termination of petitioner's employment as a teacher and (2) refusal to grant her tenure, petitioner appeals from a judgment of the Supreme Court, Rockland County, dated February 4, 1972, which granted respondents' motion to dismiss the petition. Order affirmed, without costs (*Matter of Tischler* v. *Board of Educ. of Monroe Woodbury Cent. School Dist. No. 1*, 37 A D 2d 261, 263). Hopkins, Acting P. J., Latham, Gulotta, Christ and Brennan, JJ., concur.

In the Matter of JOSEPH DE VITO, Petitioner, v. ALBERT A. WALSH, as Director of the Housing and Development Administration of the City of New York, Respondent.— Proceeding pursuant to article 78 of the CPLR to review respondent's determination, which after a hearing, dismissed petitioner from his position of inspector. Proceeding dismissed on the merits and determination confirmed, without costs. In our opinion, respondent's determination is supported by substantial evidence and was not violative of petitioner's right to due process of law. Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

In the Matter of JIM DAVIS DEVELOPMENT CORP., Respondent, v. TOWN BOARD OF THE TOWN OF BROOKHAVEN et al., Appellants.— Judgment of the Supreme Court, Suffolk County, entered March 12, 1973, affirmed, with costs (cf. *Matter of Lefrak Forest Hills Corp.* v. *Galvin*, 40 A D 2d 211, affd. 32 N Y 2d 796). Hopkins, Acting P. J., Munder, Latham, Christ and Benjamin, JJ., concur.